MAYOR AND COUNCIL OF THE CITY OF HOBOKEN, APPEL-
LANT, v. GEORGE RUSSELL ET AL., RESPONDENTS.

Submitted February 9, 1925—Decided March 16, 1925.

On appeal from the Supreme Court, whose *per curiam* is printed in 2 *N. J. Mis. R.* 505.

For the appellant, *John J. Fallon* and *Horace L. Allen*.

For the respondents, *Pierson & Schroeder* and *Hopkins & Herr*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, MIN-TURN, KALISCH, BLACK, KATZENBACH, LLOYD, WHITE, GARD-NER, VAN BUSKIRK, CLARK, McGLENNON, KAYS, JJ.   13.

*For reversal*—None.